SO ORDERED.

/s/ Alvin K. Hellerstein
November 19, 2021

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

November 18, 2021

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10012

Re: <u>United States v. Jose F. Cordero</u>
21 Cr 132 (AKH)

Dear Judge Hellerstein:

I represent Jose F. Cordero. I write requesting that the Court amend the conditions of Mr. Cordero's bail; specifically, I ask that the Court allow him to travel to the Districts of New Jersey and Connecticut.

I have conferred with Pre-Trial Service Officer Abbott and AUSA Patrick Moroney and both of them do not object to this request.

Mr. Cordero is currently working as a Lyft taxi driver. There are many occasions when he picks up a passenger or he gets notified about a potential fare that would require him to drive to New Jersey or Connecticut. His current bail conditions prevent him from doing so. It is for that reason that we ask the Court to amend his bail conditions and allow him to travel to those States while working.

If the foregoing meets with the Court's approval, then I respectfully request that you "SO ORDER" this letter.

On behalf of Mr. Cordero, I thank the Court for its consideration in this matter.

Respectfully,

Daniel S. Parker

Cc: all parties (by ECF)