|  |  |
|---|---|
|  | SO ORDERED. |
| **PARKER AND CARMODY, LLP**<br>ATTORNEYS AT LAW<br>30 EAST 33ʳᴰ STREET<br>6ᵀᴴ FLOOR<br>NEW YORK, N.Y. 10016 | /s/ Alvin K. Hellerstein<br>July 1, 2022 |
| DANIEL S. PARKER<br>MICHAEL CARMODY<br>CHRISTINA S. COOPER | TELEPHONE: (212) 239-9777<br>FACSIMILE:  (212) 239-9175<br>DanielParker@aol.com |

June 30, 2022

**By ECF and email**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Jose F. Cordero**
S 1 21 Cr 132-7 (AKH)

Dear Judge Hellerstein:

I write on behalf of Jose F. Cordero ("the defendant" or "Mr. Cordero") requesting that the Court temporarily amend the conditions of his bail and allow him to relocate to Nantucket, MA where has been offered a job painting houses for the summer.

I have conferred with the Government and Probation Officer Karina Chin Vilefort and both consent to this application.

If approved, Mr. Cordero will relocate to Nantucket immediately and remain there until September 30, 2022.  During that period of time, he will maintain contact with his Probation Officer by telephone and abide by all the other conditions of bail.

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

                                                  <u>Daniel S. Parker</u>
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: AUSA P. Moroney (BY ECF and email)
     PO Vilefort (by email)

2