UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA :
:
: **SCHEDULING ORDER**
-against- :
: 21 Cr. 132 (AKH)
:
:
JUAN S. CORDERO et al., :
:
Defendants. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing for Defendant Jose F. Cordero is scheduled for September 21, 2022, at 11:00 a.m. in Courtroom 14D.

      SO ORDERED.

Dated:    July 27, 2022                /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                            United States District Judge