**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

August 22, 2022

SO ORDERED.

<u>/s/ Alvin K. Hellerstein</u>
August 22, 2022

<u>By ECF and email</u>
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Jose F. Cordero</u>
S 1 21 Cr 132-7 (AKH)

Dear Judge Hellerstein:

     I write on behalf of Jose F. Cordero ("the defendant" or "Mr.  Cordero") requesting that the Court temporarily amend the conditions of his bail and allow him to travel to and from Hyannis, MA so that he can rent a car and then return to Nantucket, MA where he has been working as an Uber driver.

     I have conferred with the Government and Probation Officer Karina Chin Vilefort and both consent to this application.

     If approved, Mr. Cordero will notify his Pre-trial officer which day he intends to go to Hyannis and will advise her later that day when he has returned to Nantucket.

     In June, this Court gave Mr. Cordero permission to temporarily relocate to Nantucket to work as a painter. He has been living and working there, but he realized that he could make more money working as an Uber driver. He has been "renting" a car of an acquaintance, but if he rented his own car, he could make more money because he could work longer hours.  The only place he can rent a car is in Hyannis.  Accordingly, this application is to allow him to go to and from Hyannis so that he can rent a car.

     In addition, his scheduling is currently set for September 21, 2022.  At some point prior to sentencing, we request that he be permitted to return to Hyannis to return the rental car.

     If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

1

Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc:  AUSA  P. Moroney (BY ECF and email)
      PO Vilefort (by email)