**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022
```

September 6, 2022

*[Handwritten: Denied. The Court's schedule does not have room for any adjournment. 9-7-2022 /s/ AKH]*

**By ECF and email**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Jose F. Cordero</u>
S 1 21 Cr 132-7 (AKH)

Dear Judge Hellerstein:

    I write on behalf of Jose F. Cordero ("the defendant" or "Mr. Cordero") requesting that the Court grant a two-week adjournment of the sentencing currently scheduled for September 21, 2022 so that I can attempt to secure further information and complete my sentencing submission.

    I have conferred with the Government and the Government does not object to this request. No prior application to adjourn sentencing has been made.

    In addition, Mr. Cordero's bail was temporarily modified to allow him to work on Nantucket until September 20, 2022. I ask that the Court extend this bail modification until October 15, 2022 so that he can continue working. In the event that sentencing is re-scheduled to a date prior to October 15th, then Mr. Cordero will appear for sentencing as directed.

    If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

    Thank you for your consideration in this matter.

Respectfully submitted,

1

*[signature]*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: AUSA P. Moroney (BY ECF and email)
PO Vilefort (by email)