**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

September 27, 2022

SO ORDERED.

/s/ Alvin K. Hellerstein

September 29, 2022

**By ECF and email**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Jose F. Cordero**
S 1 21 Cr 132-7 (AKH)

Dear Judge Hellerstein:

    I write on behalf of Jose F. Cordero requesting that the Court temporarily amend the conditions of his bail and allow him to remain working in Nantucket, MA until October 30, 2022.  The prior bail modification allows him to remain there until September 30, 2022.

    Mr. Cordero would like to continue working prior to his surrender date of November 8, 2022.

    I have conferred with the Government and Probation Officer Karina Chin Vilefort and both "defer to the Court."

    In addition, if this application is granted, then prior to his return, Mr. Cordero will have to take a day trip to Hyannis, MA to return the car he has rented. He will coordinate that with his Probation Officer.

    If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

    Thank you for your consideration in this matter.

1

          Respectfully submitted,

*Daniel S. Parker* (signature)

<u>Daniel S. Parker</u>
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: AUSA P. Moroney (BY ECF and email)
     PO Vilefort (by email)