**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                                    TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                         FACSIMILE:  (212) 239-9175
                                                                                                                    DanielParker@aol.com

May 9, 2023

**By ECF and email**
Hon. Alvin K. Hellerstein                        SO ORDERED.
United States District Judge
Southern District of New York         /s/ Alvin Hellerstein
500 Pearl Street                                        U.S.D.J.
New York, NY 10007                             May 10, 2023

Re: **United States v. Jose F. Cordero**
S 1 21 Cr 132-7 (AKH)

Dear Judge Hellerstein:

    I write requesting that the Court re-appoint me pursuant to the Criminal Justice Act *nunc pro tunc* to March 1, 2023, to represent Mr. Cordero.  I was originally appointed to represent Mr. Cordero in March 2021 and he remains unable to afford counsel.

    In March 2023, Mr. Cordero contacted me seeking assistance in resolving certain issues with respect to his eligibility to be released into a halfway house. These matters related to unresolved and "open," out-of-state cases that appear on his rap sheet.

    Accordingly, I respectfully request that if this request meets with the Court's approval, that you "So Order" this letter and I will notify the CJA office.

    Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*
Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com